Alteon Health
PO Box 14099
Belfast ME 04915


Argent Mortgage Company LLC
333 Westchester Ave 1st Floor
White Plains NY 10601


Clear Spring Loan Services
PO Box 4869
Houston Tx 77210


DLJ Mortgage Capital Inc
GIFM Holdings Trust
11 Madison Avenue 3rd Floor
New York NY 10010


EcKert Seamans Cherin
& Mellott LLC
10 Bank St Suite 700
Whiteplains NY 10606


Locke Lord LLP
Three World Financial Ctr
New York, NY 10281


HomeVest Capital LLC
6701 Carmel Rd Suite 110
Charlotte NC 28226


NYS Dept of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany NY 12205-0300

Rosick Rosicki &
Associates PC
51E Bethpage Rd
Plainview NY 11803


SDC Recovery LLC
4100 Midway Rd Suite 1110
Carrollton TX 75007


Select Portfolio Servicing Inc/SPS
PO Box 65450
Salt Lake CIty UT 84165-0450


Selene Finance LP
Attn Customer Service
PO Box 421517
Houston TX 77242-4239


Sheldon May & Associates
Attorneys at Law
255 Merrick Rd
Rockville Center NY 11570


Sortis Financial Inc
PO Box 4869
Houston TX 77210


Wilmington Savings Fund Society ~~FSB d/b/a~~ (ET)
~~Christiana Trust not individually but as~~
trustee for Pretium Mortgage Acquisition Trust
500 Delaware Ave 11th Floor
Wilmington DE 19801