| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>---------------------------------------------x<br>In re:<br><br>    Loyce Tamisi,<br><br>                               Debtor.<br>---------------------------------------------x | Hearing date:  May 19, 2020<br>Hearing time:  12:00 p.m.<br><br>Case No. 20-40388 cec<br>Chapter 13<br>**AMENDED**<br>**NOTICE OF MOTION TO**<br>**ENTER INTO LOSS**<br>**MITIGATION** |

      **PLEASE TAKE NOTICE** that upon the annexed Application dated April 2, 2020 of Loyce Tamisi, by her attorney, Allan R. Bloomfield, the undersigned will move this Court before the Honorable Carla E. Craig on the 19th day of May 2020 at 12:00 p.m., at the United States Bankruptcy Court, Eastern District of New York, located at 271-C Cadman Plaza East, Courtroom 3529, Brooklyn, New York 11201 for an Order to enter into loss mitigation between the debtor and Wilmington Savings Society, FSB, d/b/a Christina Trust regarding the debtor's property located at 1350 Pinson Street, Far Rockaway, New York 11691, and for such other and further relief as may seem just and proper.

      Responses to be received by Chambers with copy to the undersigned no later than three (3) days prior to the Hearing date set forth above.

| | |
|---|---|
| Dated:  April 17, 2020 | /s/ Allan R. Bloomfield<br>_____<br>Allan R. Bloomfield, Esq.<br>Attorney for Debtor<br>118-21 Queens Blvd., #617<br>Forest Hills, New York 11375<br>(718) 544-0500 |

TO:

RAS Boriskin, LLC
900 Merchants Concourse, Suite 310
Westbury, New York 11590

Michael J. Macco, Esq.
2950 Express Drive South
Suite 109
Islandia, New York 11749

Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, New York 10014

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x
In re:                                                                      Case No. 20-40388 cec
                                                                                  Chapter 13

    Loyce Tamisi,

                  Debtor.
-------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Allan R. Bloomfield, a member in good standing of the Bar of the State of New York, and an attorney admitted to practice before this Court, among others, hereby certify that on April 17, 2020, I caused a true copy of the **AMENDED NOTICE OF MOTION TO ENTER INTO LOSS MITIGATION** to be served upon the Chapter 13 case trustee Michael J. Macco by internet transmittal as per his request and by U.S. mail, postage pre-paid, on the following parties:

RAS Boriskin, LLC
900 Merchants Concourse, Suite 310
Westbury, New York 11590

Office of the U.S. Trustee
201 Varick Street, Suite 1006
New York, New York 10014

Dated:   April 17, 2020

                                                                  /s/ Allan R. Bloomfield
                                                                  Allan R. Bloomfield