# ALLAN R. BLOOMFIELD

*Attorney at Law*
SUITE 617
118-21 QUEENS BOULEVARD
FOREST HILLS, NEW YORK 11375
www.bloomfieldlaw.com

Telephone: (718) 544-0500
Facsimile: (718) 360-9704
allan@bloomfieldlaw.com

July 9, 2020

Hon. Carla E. Craig
U.S. Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

    Re:    Loyce Tamisi, Case No. 20-40388 cec

Honorable Sir:

    Please accept this letter as a status report regarding the loss mitigation in this case. The hearing is scheduled for July 9, 2020 at 2:30 p.m.

    The debtor is in the process of preparing the loss mitigation package.

    This loss mitigation conference was adjourned to this date, a short adjournment, because the debtor had not received the package as of the last conference on June 25, 2020.

    Therefore, an adjournment is requested to allow the debtor to finish preparing the package.

Yours very truly,

Allan R. Bloomfield