Pay to: CLERK CI  CLERK OF THE U.S. BANKRUPTCY COURT
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 20-40388-206 | 998-0 | LOYCE TAMISI | | 0.00 | 41,206.02 | 0.00 | 41,206.02 |
| | | Original Check written to: | | | | | |
| | | LOYCE TAMISI | | | | | |
| | | 1350 PINSON ST | | | | | |
| | | FAR ROCKAWAY, NY  11691 | | | | | |